ALSTON & BIRD LLP
    Charles W. Cox (Cal. Bar No. 162854)
333 South Hope Street, 16th Floor
Los Angeles, CA  90071
Telephone:   (213) 576-1000
Facsimile:    (213) 576-1100
charles.cox@alston.com

Attorneys for Defendants
HF Foods Group Inc., Zhou Min Ni, Xiao
Mou Zhang, Caixuan Xu and Jian Ming Ni

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PONCE-SANCHEZ, Individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>HF FOODS GROUP INC., ZHOU MIN NI, XIAO MOU ZHANG, CAIXUAN XU and JIAN MING NI,<br><br>            Defendants. | Case No. 2:20-CV-03967-PA-GJS<br><br>Assigned to the Hon. Percy Anderson<br><br><br>**NOTICE OF RELATED CASE** |

LEGAL02/39771498v2

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE pursuant to Central District of California Local Rule 83-1.3.3 that there is another case pending in this Court that calls for the determination of the same or substantially identical questions of law and fact, or for other reasons would entail substantial duplication of labor if heard by different judges. This other case is captioned *Jesus Mendoza, Individually and on behalf of all others similarly situated v. HF Foods Group Inc., et. al,* Case No. 2:20-cv-02929-ODW-JPR and is currently pending before the Honorable Otis D. Wright, II (the "*Mendoza* Action").

DATED: May 5, 2020          Respectfully submitted,

ALSTON & BIRD LLP


s/ Charles W. Cox
          Charles W. Cox

Attorneys for Defendants
HF Foods Group Inc., Zhou Min Ni, Xiao
Mou Zhang, Caixuan Xu and Jian Ming Ni

NOTICE OF RELATED CASE
CASE NO. 2:20-CV-03967-PA-GJS

LEGAL02/39771498v2