UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:20-cv-03967-ODW (JPRx) | Date | May 26, 2020 |
|-----|--------------------------|------|--------------|
| Title | *Walter Ponce-Sanchez v. HF Foods Group Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|------------------------|--------------------------------------------------|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|-----------------------------------|-----------------------------------|
| Not present | Not present |

**Proceedings:**          **In Chambers**

The parties are **ORDERED** to **SHOW CAUSE**, why this case, 2:20-cv-03967, should not be consolidated with the related case, 2:20-cv-02929, in writing only, no later than **June 1, 2020**. The parties must file their responses in 2:20-cv-03967. **No hearing will be held.** The Court will discharge this order upon the filing of the Parties' responses.

**IT IS SO ORDERED.**

|  | : | 00 |
|--|---|-----|
| Initials of Preparer | SE | |