POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Plaintiff*
*Walter Ponce-Sanchez*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PONCE-SANCHEZ, Individually and on behalf of all others similarly situated, | Case No. 2:20-cv-03967-ODW-JPR |
| Plaintiff, | RESPONSE TO ORDER TO SHOW CAUSE (DKT. No. 29) |
| v. | |
| HF FOODS GROUP INC., ZHOU MIN NI, XIAO MOU ZHANG, CAIXUAN XU, and JIAN MING NI, | |
| Defendants. | |

Plaintiff Walter Ponce-Sanchez ("Plaintiff") hereby responds to the Court's Order to Show Cause, entered on May 26, 2020 (Dkt. No. 29), addressing consolidation of the above-captioned action with the earlier-filed action *Mendoza v. HF Foods Group Inc. et al.*, 2:20-cv-02929-ODW-JPR (collectively, the "Related Actions").

Consolidation of related cases is appropriate, where, as here, the actions involve common questions of law and fact, and therefore consolidation would avoid unnecessary cost, delay and overlap in adjudication. Consolidation is appropriate when the actions

before the court involve common questions of law *or* fact.  *See* Fed. R. Civ. P. 42 (a); *Malcolm v. Nat'l Gypsum Co.*, 995 F.2d 346, 350 (2d Cir. 1993) (citing *Johnson v. Celotex Corp.*, 899 F.2d 1281, 1284 (2d Cir. 1990)); *In re Tronox, Inc. Sec. Litig.*, 262 F.R.D. 338, 344 (S.D.N.Y. 2009) (consolidating securities class actions); *Blackmoss Invs., Inc. v. ACA Capital Holdings, Inc.*, 252 F.R.D. 188, 190 (S.D.N.Y. 2008) (same).

The Related Actions at issue here clearly involve common questions of law ***and*** fact.  Each action was brought against HF Foods Group Inc. ("HF Foods" or the "Company"), as well as certain officers and directors of the Company, in connection with alleged violations of the federal securities laws.  Accordingly, the Related Actions allege substantially the same wrongdoing, namely that Defendants issued materially false and misleading statements and omissions that artificially inflated the price of HF Foods' securities and subsequently damaged the Class when the Company's share price declined as the truth emerged.  *See Knox v. Yingli Green Energy Holding Co. Ltd.,* 136 F. Supp. 3d 1159, 1162 (C.D. Cal. 2015) ("Consolidation of private securities fraud class actions arising from the same alleged misconduct is generally appropriate.").

For the foregoing reasons, Plaintiff respectfully submits that consolidation of the Related Actions is appropriate.

Respectfully submitted,

Dated:  June 1, 2020                          POMERANTZ LLP

                                             */s/ Jennifer Pafiti*
                                             Jennifer Pafiti (SBN 282790)
                                             1100 Glendon Avenue, 15th Floor
                                             Los Angeles, CA 90024
                                             Telephone: (310) 405-7190
                                             jpafiti@pomlaw.com

                                             *Counsel for Plaintiff*
                                             *Walter Ponce-Sanchez*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

> /s/ Jennifer Pafiti
> Jennifer Pafiti