UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:20-cv-02929-ODW (JPRx) (Lead Case) | Date | June 8, 2020 |
|-----|----------------------------------------|------|--------------|
|     | Consol: 2:20-cv-03967-ODW (JPRx)       |      |              |
| Title | *Walter Ponce-Sanchez v. HF Foods Group Inc. et al* | | |

Present: The Honorable    Otis D. Wright, II, United States District Judge

| Sheila English | Not reported | N/A |
|----------------|--------------|-----|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|-----------------------------------|-----------------------------------|
| Not present | Not present |

**Proceedings:**                          **In Chambers**

The Court, having considered the Parties' Responses to the Court's Order to Show Cause, hereby **DISCHARGES** the Order to Show Cause. (ECF No. 29.) Further, as both Parties agree that consolidation is warranted, and good cause appearing, the Court hereby **CONSOLIDATES** the following two cases:

(1)    *Jesus Mendoza v. HF Foods Group Inc. et al.*, Case No. 2:20-cv-02929-ODW (JPRx) **– LEAD CASE**;

(2)    *Walter Ponce-Sanchez v. HF Foods Group Inc. et al.*, Case No. 2:20-cv-03967-ODW (JPRx);

**Case number 2:20-cv-02929-ODW (JPRx) is designated as the lead case and all documents relating to the consolidated matters should be filed only in that case.**

**IT IS SO ORDERED.**

:    00

Initials of Preparer    SE