JENNIFER PAFITI (SBN 282790)
jpafiti@pomlaw.com
POMERANTZ LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone:   (310) 405-7190

*Counsel for Plaintiff*
*Walter Ponce-Sanchez*

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PONCE-SANCHEZ, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HF FOODS GROUP INC., ZHOU MIN NI, XIAO MOU ZHANG, CAIXUAN XU, and JIAN MING NI, <br><br> Defendants. | Case No.: 2:20-cv-03967-ODW-JPR <br><br> Judge:  Otis D. Wright, II <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

PLEASE TAKE NOTICE THAT Plaintiff Walter Ponce-Sanchez ("Plaintiff"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims in the above-captioned action (the "Action" or "*Ponce-Sanchez* Action"), against Defendants HF Foods Group Inc. ("HF Foods" or the "Company"), Zhou Min Ni, Xiao Mou Zhang, Caixuan Xu, and Jian Ming Ni ("Defendants", with Plaintiff, the "Parties"), without prejudice.

No Defendant has filed an answer or moved for summary judgment in this Action, and the Action has not been certified as a class action. Accordingly, Plaintiff properly may dismiss all claims in the Action under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED:  October 18, 2021    Respectfully submitted,

POMERANTZ LLP

By:  */s/ Jeremy A. Lieberman*

Jeremy A. Lieberman (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Email: jalieberman@pomlaw.com
Telephone: 212-661-1100
Facsimile:  212-661-8665

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Email: jpafiti@pomlaw.com
Telephone: (310) 405-7190

*Counsel for Plaintiff Walter Ponce-Sanchez*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Email: peretz@bgandg.com
Telephone: (212) 697-6484
Facsimile: (212) 697-7296

THE SCHALL LAW FIRM
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
Facsimile: 877-590-0482
Email: brian@schallfirm.com

*Additional Counsel*

2